■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. ROLFE, Appellant. [859 NYS2d 879]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 25, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737

[1998]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.